### COOLEY, Appellant, v. LOBDELL, Respondent.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by William Cooley against Gideon Lobdell.

No opinion. Order affirmed, with $10 costs and disbursements. See Mason v. Sanford, 137 N. Y. 497, 33 N. E. Rep. 546, which states a rule applicable to the case.

---

### ECKERT, Respondent, v. KING, Appellant.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by Peter Eckert against Lewis King.

No opinion. Judgment affirmed, with costs.

---

### FIRST NAT. BANK OF WATKINS, Respondent, v. SMITH, Appellant.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by the First National Bank of Watkins, N. Y., against O. Park Smith.

No opinion. Order affirmed, with $10 costs and disbursements. See Adriance v. Lagrave, 59 N. Y. 110; People v. Cross, 64 Hun, 348, 19 N. Y. Supp. 271, affirmed 135 N. Y. 536, 32 N. E. Rep. 246.

---

### FRENCH, Respondent, v. ROW et al., Appellants.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by George G. French against Susan Row and others.

No opinion. Motion granted, with $10 costs.

---

### HOUSE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by Louis House against the New York Central & Hudson River Railroad Company.

No opinion. Motion denied.

---

### JONES, Respondent, v. PENNOCH et al., Appellants.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Proceeding by Phœbe Jones against Etta Pennoch and another, administrators, etc.

No opinion. Decree of the surrogate's court affirmed, with costs of the appeal against appellants personally.